UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

EILEEN MCMURRAY,                                                                                        PLAINTIFF

V                                         Case No: 4:13 CW-388-JLH

METRO COLLECTION SERVICE INC. &
FORUM REAL ESTATE
GROUP                                                                                                  DEFENDANTS

**NOTICE OF SETTLEMENT and**
**JOINT MOTION TO DISMISS ALL CLAIMS WITH PREJUDICE**

COMES NOW, all parties, and for their Notice of Settlement and Joint Motion to Dismiss with Prejudice, state as follows:

1. This matter has been settled to the satisfaction of the parties, who have drafted and executed a mutually agreeable release that includes an agreement that all claims will be dismissed with prejudice.

2. The parties move that this case be dismissed with prejudice.

Respectfully submitted,

Leigh Law LLC
Post Office Box 21514
Little Rock, Arkansas 7222
501.227.7627

By: ____/s/ Victoria Leigh_____
Victoria Leigh ABN: 2011257
Counsel for Plaintiff

Bryan E. Schmid
Vinci Law Office, LLC
2250 South Oneida Street, Suite 303
Denver, Colorado  80224
(303) 872-1673

By: \_\_\_/s/ Bryan E. Schmid_____
     Bryan E. Schmid
     Counsel for Defendant MCS

Cade Cox
Cox, Sterling, McClure, PLLC
8712 Counts Massie Road
North Little Rock, Arkansas 72113
501.954.8073 office
501.954.7856 fax

By: \_\_\_/s/ Cade Cox_____
     Cade Cox
     Counsel for Defendant FREG