# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

EILEEN MCMURRAY                                                                           PLAINTIFF

v.                                      No. 4:13CV00388 JLH

METRO COLLECTION SERVICE, INC.;
and FORUM REAL ESTATE GROUP                                                    DEFENDANTS

## ORDER

Pursuant to the joint motion to dismiss, this action is hereby dismissed in its entirety with prejudice.

IT IS SO ORDERED this 12th day of November, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE